

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Lauren Howland
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

July 12, 2023

**VIA ECF**
Hon. Paul E. Englemayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  J.R., et al. v. N.Y.C. Dep't of Educ., et. al. 22-cv-4667 (PAE)(RWL)

Dear Judge Englemayer:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiffs assert claims against Defendants under the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. §1400, et *seq.*, the Due Process Clause of the 14th Amendment of the U.S. Constitution, 42 U.S.C. §1983, Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §794 ("Section 504"), the New York State Constitution, and New York State Education Law. The Complaint raises individual and systemic claims for three school years: 2019-2020, 2020-2021, and 2021-2022 ("SYs at Issue"). As previously reported, the parties reached an agreement to resolve Plaintiffs' claims in connection with G.M.'s FAPE, pendency for the SYs at issue, and the appeal. (Dkt. No. 17, Mar. 20, 2023.) The parties are now focused on Plaintiffs' attorneys' fees, costs and expenses for legal work performed in connection with the IDEA administrative hearing, as well as for this action.

  The parties respectfully submit this joint letter pursuant to the Court's June 13, 2023 Order. (Dkt. No. 23) Since the parties' last submission on June 12, 2023 (Dkt. No. 22), Defendants have completed the City's internal review process for Plaintiffs' claims for fees and costs, and as of today, presented an initial offer of settlement, which Plaintiff has acknowledged and is currently considering. The parties are optimistic that an agreement will be reached for attorney's fees and that the entire action will be resolved through settlement.

  To that end, the parties respectfully request that the Court adjourn the discovery deadlines of this case, Case Management Plan ("CMP") and Case Management Conference ("CMC") currently scheduled for August 2, 2023, *sine die*, as the parties continue settlement negotiations for attorney's fees.

For the preceding reasons, the parties respectfully request the adjournment of the CMP and attendant discovery deadlines and scheduled CMC, and propose that the next joint status letter be due by August 12, 2023.

The parties thank the Court for considering this submission.

Respectfully submitted,

/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: Erin O'Connor, Esq., Of Counsel (via ECF)

Granted. The Court thanks counsel for this update. The next status update is due August 12, 2023. The Court urges the party to work assiduously to resolve this matter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
July 12, 2023